THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES
B. O'KEEFE, Respondent, against MARK GRAVES et al.,
Constituting the State Tax Commission, Appellants.

Argued June 3, 1938; decided July 7, 1938.

692

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Joseph M. Mesnig* of counsel), for appellants.

*Daniel McNamara, Jr., William J. Calise* and *Israel I. Davidson* for respondent.

Order affirmed, with costs on the authority of *People ex rel. Rogers* v. *Graves* (299 U. S. 401). No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.